# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2014

Lyle W. Cayce
Clerk

No. 13-60676
Summary Calendar

ROBERT ANTHONY HUBBARD,

Plaintiff-Appellant

v.

CORRECTIONAL CORPORATION OF AMERICA; MISSISSIPPI DEPARTMENT OF CORRECTIONS; DELTA CORRECTIONAL FACILITY; WARDEN WALLER; SERGEANT SPAIT, Unit Coordinator; CHIEF WOODS, Chief of Administration; CHIEF HAWKINS, Chief of Security; LIEUTENANT MCAURTHOR; OLLY BROWN, Nurse; NURSE FLUKIE; NURSE GREEN; NURSE HUNTER,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:12-CV-47

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Robert Anthony Hubbard, former Mississippi prisoner #109084, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. On appeal, Hubbard provides only conclusory assertions that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court erred and that he demonstrated deliberate indifference to his medical needs. Hubbard provides no citations to the record or reference to relevant legal authorities.

Hubbard has effectively abandoned all arguments on appeal. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Because Hubbard's appeal fails to set forth any issue of arguable legal merit, it is frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

Accordingly, the appeal is DISMISSED as frivolous. Hubbard is WARNED that future repetitious or frivolous filings may result in the imposition of sanctions including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.